```
              IN THE UNITED STATES DISTRICT COURT
                FOR THE DISTRICT OF NEW JERSEY
```

|  |  |
|---|---|
| ANNA MARIA RUGGERIO, | HON. JEROME B. SIMANDLE |
| Plaintiff, | Civil No. 12-3343 (JBS/AMD) |
| v. |  |
| CITY OF CAMDEN, et al., | **<u>ORDER</u>** |
| Defendants. |  |

This matter coming before the Court on a motion for summary judgment brought by Defendants City of Camden, Patrolman Pasquale Giannini, Sr. Detective Joseph Hoffman, and Lieutenant Wysocki [Docket Item 14]; the Court having considered the parties' submissions in favor of and opposing the motion; for the reasons explained in the Opinion of today's date; and for good cause shown;

IT IS this __**6th**__ day of __**November**__, **2013** hereby

ORDERED that Defendants' motion for summary judgment is DENIED as to the excessive force claim against Patrolman Giannini; and it is further

ORDERED that summary judgment is GRANTED as to all other claims in the Amended Complaint, including excessive force claims against Defendants Hoffman and Wysocki ("Count I"), and Counts III ("Bystander liability"), IV ("<u>Monell</u> claim") & V ("Conspiracy"); and it is further

ORDERED that Defendants Hoffman, Wysocki, and the City of Camden be terminated from this action.

    **s/ Jerome B. Simandle**
JEROME B. SIMANDLE
Chief U.S. District Judge